IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LADONTE T. GIBSON,

   *Petitioner*,

v.                                      Case No.: 4:23cv320-MW/HTC

SECRETARY DEPARTMENT
OF CORRECTIONS,

   *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED with prejudice** under Habeas Rule 4 as untimely." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on September 18, 2023.**

                                                 *s/Mark E. Walker*
                                                 **Chief United States District Judge**